IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In Re: )
)
Robert Hatton and Claudia Hatton, *Debtor* ) Case No. 13-49437
)
) Chapter: 13
)
)

**ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS**

COMES NOW the undersigned attorney of SouthLaw, P.C., and hereby enter their appearance on behalf of CommunityAmerica Credit Union, by TruHome Solutions, a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon TruHome Solutions should be served on the undersigned attorney, SouthLaw, P.C., 6363 College Blvd. Suite 100, Overland Park, KS 66211.

SOUTHLAW, P.C.
  /s/*Ashley B. Osborn*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 180850
Case No: 13-49437

# CERTIFICATE OF MAILING/SERVICE

I certify that a true copy of the Attached Pleading was served either electronically or via first class mail on April 23, 2015 upon the following parties:

Robert Hatton
Claudia Hatton
21 Vicksburg Station
Saint Charles, MO 633303
**DEBTOR**

Timothy Patrick Powderly
The Powderly Law Firm, LLC
11965 St. Charles Rock Rd.
Suite 202
St. Louis, MO 63044
**ATTORNEY FOR DEBTOR**

John V. LaBarge, Jr.
P.O. Box 430908
St. Louis, MO 63143
**TRUSTEE**

Office of the United States Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 63102
**U.S. TRUSTEE**


SOUTHLAW, P.C.
 */s/Ashley B. Osborn*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**


File No. 180850
Case No: 13-49437